UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LYNDA BARNABY and DAVID LEIBOWITZ,   Docket No.: 1: 08-cv-05137 MGC

                                       Plaintiffs,   **F.R.C.P. RULE 7.1 DISCLOSURE**

    -against-

BALLY'S LAS VEGAS CASINO/HOTEL and
OTIS ELEVATOR COMPANY,

                                       Defendants.
------------------------------------------------------------------X

       PURSUANT TO F.R.C.P. RULE 7.1 THE UNDERSIGNED COUNSEL FOR OTIS ELEVATOR COMPANY (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

       1. The defendant, OTIS ELEVATOR COMPANY, is a wholly owned subsidiary of United Technologies Corp., United Technologies Corp. is publicly traded on the New York Stock Exchange.

       2. OTIS ELEVATOR COMPANY has a wholly owned subsidiary known as N.A.E.S. which owns 100% of Unitech Elevator Services Company, Delta Elevator Service Corporation and N.A.E.S.A.C., Inc.

1

Dated: New York, New York
      June 10, 2008

                                    Yours, etc.,

                                    GERINGER & DOLAN LLP

                                    By: _____
                                        JOHN A. McCARTHY (JAM 2972)

                                    Attorneys for Defendant
                                    OTIS ELEVATOR COMPANY
                                    5 Hanover Square, 3rd Floor
                                    New York, New York 10004
                                    (212) 682-7050

CERTIFICATE OF SERVICE

I, John A. McCarthy, hereby certify that on the 10th day of June, 2008 the foregoing F.R.C.P. Rule 7.1 Disclosure and Certificate of Service has been electronically filed and is available for viewing and downloading from the Electronic Case Filing system of the United States District Court for the Southern District of New York.

Additionally, a copy of the foregoing being served by first class mail with postage pre-paid thereon upon the opposing attorneys:

TO:    Justin M. Blitz, Esq.
SHANDEL, BLITZ, BLITZ &
ASHLEY, LLP
Attorneys for Plaintiffs
150 Broadway, 14th Floor
New York, New York 10038

Christopher C. Mauro, Esq.
CAMACHO MAURO MULHOLLAND, LLP
Attorneys for Defendant
PARBALL CORPORATION d/b/a
BALLYS LAS VEGAS
350 Fifth Avenue, Suite 5101
New York, New York 10118

_____
JOHN A. McCARTHY (JM-2972)

*Index No.* 1:08-cv-05137-MGC  *Year* 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA BARNABY and DAVID LEIBOWITZ,

Plaintiffs,

-against-

BALLY'S LAS VEGAS CASINO/HOTEL and
OTIS ELEVATOR COMPANY

Defendants.

---

F.R.C.P. RULE 7.1 DISCLOSURE

---

**GERINGER & DOLAN LLP**
Defendant – Otis

5 HANOVER SQUARE, 3RD FLOOR
NEW YORK, NEW YORK 10004
(212) 682-7050
FAX (212) 867-5987

*Attorneys for*

To

*Attorneys(s) for*

Service of a copy of the within

Dated,                                              is hereby admitted.

*Attorneys(s) for*

---

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
  entered in the office of
  the clerk of the within named Court on

☐ that an Order of which the within is a true copy
  will be presented for settlement to the
  Honorable                         one of
  the judges of the within named Court, at
                                         on
                                      , at

Dated:

**GERINGER & DOLAN LLP**
*Attorneys for*

5 HANOVER SQUARE, 3RD FLOOR
NEW YORK, NEW YORK 10004

To
*Attorneys(s) for*

---

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: _____
            *Print signer's name*

**GERINGER & DOLAN LLP**
*Attorneys for*

5 HANOVER SQUARE, 3RD FLOOR
NEW YORK, NEW YORK 10004

To
*Attorneys(s) for*