UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LYNDA BARNABY and DAVID LEIBOWITZ,　　　　Docket No.: 08-cv-05137

　　　　　　　　　　　　　Plaintiff,　　　　**Rule 7.1 Statement**

　　-against-

BALLY'S LAS VEGAS CASINO/HOTEL and
OTIS ELEVATOR COMPANY,

　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------------X

　　　　Christopher C. Mauro, an associate of the law firm of CAMACHO MAURO MULHOLLAND, LLP, attorney for defendant PARBALL CORPORATION d/b/a BALLYS LAS VEGAS improperly s/h/a BALLYS LAS VEGAS CASINO/HOTEL and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identify the following entities as parent corporations or any publicly traded corporations that own ten percent or more of the stock of those defendant:

　　1. None.

Dated: New York, New York
　　　　June 12, 2008　　　　　　　　　　　　CAMACHO MAURO MULHOLLAND, LLP

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Christopher C. Mauro (CM7660)
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for PARBALL CORPORATION
　　　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue - Suite 5101
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　　　　(212) 947-4999
To: (See Affidavit attached)　　　　　　　　　Our File No.: HARY-1984-E

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on June 12, 2008, deponent served the within **Rule 7.1 Statement** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Shandel, Blitz, Blitz & Ashley, LLP
*Attorneys for Plaintiffs*
150 Broadway, 14th Floor
New York, New York 10038
(212) 513-1300

Geringer & Dolan, LLP
5 Hanover Square, 3rd Floor
New York, New York 10004
(212) 682-7050
(212) 867-5987
Attorneys for defendant
OTIS ELEVATOR COMPANY

_____
Gloria Zapata

Sworn to before me this
12th day of June, 2008

_____
DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010