JAM/ep                                                                        04-002



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYNDA BARNABY and DAVID LEIBOWITZ,          Docket No.: 1: 08-cv-05137 MGC

                              Plaintiffs,          **ANSWER TO**
                                                   **CROSS-CLAIMS**

            -against-

BALLY'S LAS VEGAS CASINO/HOTEL,
OTIS ELEVATOR COMPANY, PARBALL
CORPORATION, and PARBALL CORPORATION
d/b/a BALLYS LAS VEGAS,

                              Defendants.
-----------------------------------------------------------------X

        The defendant, OTIS ELEVATOR COMPANY, by its attorneys, GERINGER &

DOLAN, LLP, and for its answer to the cross-claims of the defendant, PARBALL

CORPORATION d/b/a BALLY'S LAS VEGAS, alleges:

### AS TO THE FIRST CROSS-CLAIM

    1.  Denies each and every allegation contained in the subdivision thereof numbered 39.

### AS TO THE SECOND CROSS-CLAIM

    2.  Denies each and every allegation contained in the subdivision thereof numbered 40.

### AS TO THE THIRD CROSS-CLAIM

    3.  Denies each and every allegation contained in the subdivisions thereof numbered 41

and the following unnumbered paragraph.

WHEREFORE, the defendant, OTIS ELEVATOR COMPANY, demands judgment dismissing said cross-claims, together with the costs, disbursements and legal investigation fees incurred in the defense thereof.

Dated: New York, New York
       August 26, 2008

Yours, etc.,

GERINGER & DOLAN, LLP

By: _____
         JOHN A. McCARTHY (2972)

Attorneys for Defendant
OTIS ELEVATOR COMPANY
5 Hanover Square, 3rd Floor
New York, New York 10004
(212) 682-7050

TO:    Justin M. Blitz, Esq.
       SHANDEL, BLITZ, BLITZ &
       ASHLEY, LLP
       Attorneys for Plaintiffs
       150 Broadway, 14th Floor
       New York, New York 10038
       (212) 513-1300

       Christopher C. Mauro, Esq.
       CAMACHO MAURO MULHOLLAND, LLP
       Attorneys for Defendant
       PARBALL CORPORATION d/b/a
       BALLYS LAS VEGAS
       350 Fifth Avenue, Suite 5101
       New York, New York 10118
       Your File No.: HARY-1984-E
       (212) 947-4999

CERTIFICATE OF SERVICE

I, John A. McCarthy, hereby certify that on the 26th of August, 2008 the foregoing

Answer to Cross-Claims has been electronically filed and is available for viewing and

downloading from the Electronic Case Filing system of the United States District Court for the

Southern District of New York.

Additionally, a copy of the foregoing being served by first class mail with postage pre-

paid thereon upon the opposing attorneys:

TO:    Justin M. Blitz, Esq.
       SHANDEL, BLITZ, BLITZ &
       ASHLEY, LLP
       Attorneys for Plaintiffs
       150 Broadway, 14th Floor
       New York, New York 10038
       (212) 513-1300

       Christopher C. Mauro, Esq.
       CAMACHO MAURO MULHOLLAND, LLP
       Attorneys for Defendant
       PARBALL CORPORATION d/b/a
       BALLYS LAS VEGAS
       350 Fifth Avenue, Suite 5101
       New York, New York 10118
       Your File No.:  HARY-1984-E
       (212) 947-4999

_____
JOHN A. McCARTHY (JAM 2972)