JAM/ep                                                                                                    04-002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYNDA BARNABY and DAVID LEIBOWITZ,           Docket No.: 1: 08-cv-05137 MGC

                        Plaintiffs,           **ANSWER TO**
                                                             **CROSS-CLAIMS**

    -against-

BALLY'S LAS VEGAS CASINO/HOTEL,
OTIS ELEVATOR COMPANY, PARBALL
CORPORATION, and PARBALL CORPORATION
d/b/a BALLYS LAS VEGAS,

                         Defendants.
-----------------------------------------------------------------X

      The defendant, OTIS ELEVATOR COMPANY, by its attorneys, GERINGER & DOLAN, LLP, and for its answer to the cross-claims of the defendant, PARBALL CORPORATION d/b/a BALLY'S LAS VEGAS, alleges:

<u>AS TO THE FIRST CROSS-CLAIM</u>

1. Denies each and every allegation contained in the subdivision thereof numbered 39.

<u>AS TO THE SECOND CROSS-CLAIM</u>

2. Denies each and every allegation contained in the subdivision thereof numbered 40.

<u>AS TO THE THIRD CROSS-CLAIM</u>

3. Denies each and every allegation contained in the subdivisions thereof numbered 41 and the following unnumbered paragraph.

WHEREFORE, the defendant, OTIS ELEVATOR COMPANY, demands judgment dismissing said cross-claims, together with the costs, disbursements and legal investigation fees incurred in the defense thereof.

Dated: New York, New York
      August 26, 2008

Yours, etc.,

GERINGER & DOLAN, LLP

By: _____
    JOHN A. McCARTHY (2972)

Attorneys for Defendant
OTIS ELEVATOR COMPANY
5 Hanover Square, 3rd Floor
New York, New York 10004
(212) 682-7050

TO:   Justin M. Blitz, Esq.
      SHANDEL, BLITZ, BLITZ &
      ASHLEY, LLP
      Attorneys for Plaintiffs
      150 Broadway, 14th Floor
      New York, New York 10038
      (212) 513-1300

      Christopher C. Mauro, Esq.
      CAMACHO MAURO MULHOLLAND, LLP
      Attorneys for Defendant
      PARBALL CORPORATION d/b/a
      BALLYS LAS VEGAS
      350 Fifth Avenue, Suite 5101
      New York, New York 10118
      Your File No.: HARY-1984-E
      (212) 947-4999

## CERTIFICATE OF SERVICE

I, John A. McCarthy, hereby certify that on the 26th of August, 2008 the foregoing Answer to Cross-Claims has been electronically filed and is available for viewing and downloading from the Electronic Case Filing system of the United States District Court for the Southern District of New York.

Additionally, a copy of the foregoing being served by first class mail with postage pre-paid thereon upon the opposing attorneys:

TO:     Justin M. Blitz, Esq.
SHANDEL, BLITZ, BLITZ & ASHLEY, LLP
Attorneys for Plaintiffs
150 Broadway, 14th Floor
New York, New York 10038
(212) 513-1300

Christopher C. Mauro, Esq.
CAMACHO MAURO MULHOLLAND, LLP
Attorneys for Defendant
PARBALL CORPORATION d/b/a
BALLYS LAS VEGAS
350 Fifth Avenue, Suite 5101
New York, New York 10118
Your File No.: HARY-1984-E
(212) 947-4999

_____
JOHN A. McCARTHY (JAM 2972)